BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE NEUMANN WHITTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  2:10-cv-01981 WBS GGH<br><br>**ORDER GRANTING JOINT REQUEST FOR SETTLEMENT CONFERENCE** |

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED THAT a settlement conference shall be set in this matter for **January 10, 2012, 2012 at 9:00 a.m.** before the Honorable **Kendall J. Newman,** United States Magistrate Judge, in Courtroom 25, 8th Floor.

Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.   Each party is directed to submit to the email of  Judge Newman at  KJNorders@caed.uscourts.gov  a confidential settlement conference statement no later than  12:00 p.m.  (Noon) on **January 3, 2012**. Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements.   However, each party shall e-file a one page document entitled "Notice of Submission of Confidential Settlement Conference Statement."   The Confidential Settlement Conference Statement shall not be disclosed to the trial judge.

ORDER GRANTING JOINT
SETTLEMENT CONFERENCE REQUEST              1

Dated:  December 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE